**FILED**
December 20, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARIA LUISA ESCAMILLA-LOPEZ, )<br>)<br>Defendant. ) | Case No. 2:19-CR-00231-WBS-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Maria Luisa Escmilla-Lopez</u>, Case No. <u>2:19-CR-00231-WBS-4</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_   Release on Personal Recognizance

     ✔   Bail Posted in the Sum of $_____

          ✔   Unsecured Appearance Bond

          \_\_   Appearance Bond with 10% Deposit

          \_\_   Appearance Bond with Surety

          \_\_   Corporate Surety Bail Bond

          ✔   (Other)   <u>Defendant shall be released at 9:00 am on 12/23/2019 to Pretrial Services and with Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 20, 2019</u> at <u>3:00</u> pm..

                                        By   /s/ Deborah Barnes
                                        Deborah Barnes
                                        United States Magistrate Judge