1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capital Mall Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4
   Attorney for:
5  MARIA ESCAMILLA LOPEZ

6                       IN THE UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              CASE NO. 19-0231 WBS

10                 Plaintiff,              STIPULATION AND PROPOSED ORDER TO
                                           AUTHORIZE DEFENDANT TO TRAVEL
11         v.                              (AMENDED).

12 MARIA ESCAMILLA LOPEZ,
                   Defendants

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Timothy Delgado, and Defendant Maria Escamilla Lopez, represented by Attorney Dina Santos; hereby stipulate as follows:

Ms. Escamilla Lopez will be allowed to travel to Modesto, California, on January 25, 2020, to attend her son's soccer playoff match which will be held at Mary Grogan Community Park, 3601 Litt Road, Modesto, California. Ms. Escamilla Lopez will leave her home at 9:30 a.m. and must return home before 8:30 p.m. Pretrial Services has been notified and has no objection to the request.

IT IS SO STIPULATED.

1

| | | |
|---|---|---|
| Dated: January 17, 2020 | | McGregor Scott<br>United States Attorney |
| | | /s/ Timothy Delgado<br>TIMOTHY DELGADO<br>Assistant United States Attorney |
| Dated: January 17, 2020 | | /s/  Dina L. Santos<br>DINA L. SANTOS, ESQ.<br>Attorney for Maria Escamilla Lopez |

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: January 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE