```
 1  Dina L. Santos, SBN 204200
    A Professional Law Corporation
 2  455 Capital Mall Suite 802
    Sacramento, CA 95814
 3  Telephone: (916) 447-0160

 4
    Attorney for:
 5  MARIA ESCAMILLA LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00231-WBS-4 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITION OF PRETRIAL RELEASE |
| v. | |
| MARIA ESCAMILLA LOPEZ, Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Timothy Delgado, and Defendant Maria Escamilla Lopez, represented by Attorney Dina Santos; hereby stipulate as follows:

Condition 13 of the special conditions of release shall be modified to read as follows:

CURFEW: You must remain inside your residence between the hours of 8:00 p.m., and 7:00 a.m., except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer. Pretrial Services has been notified and has no objection to the request.

IT IS SO STIPULATED.

1

Dated: February 5, 2020   McGregor Scott
                          United States Attorney


                           /s/ Timothy Delgado
                          TIMOTHY DELGADO
                          Assistant United States Attorney


Dated: February 5, 2020    /s/ Dina L. Santos
                          DINA L. SANTOS, ESQ.
                          Attorney for Maria Escamilla Lopez


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 5, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE