Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARIA ESCAMILLA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ESCAMILLA-LOPEZ<br><br>Defendant. | CASE NO. 19-CR-00231 WBS<br><br>STIPULATION AND ORDER TO MODIFY CONDITION OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer and Defense Counsel, Dina L. Santos; Counsel for Defendant, Maria Escamilla-Lopez, that condition number 12 of the Special conditions of release requiring location monitoring be deleted.

All other conditions remain in full force and effect.

Pretrial Services has suggested this modification and is supportive of this modification. In light of the recommendation of Pretrial Services, the government does not oppose.

Dated: June 3, 2020            /s/  Dina L. Santos
                               DINA SANTOS, ESQ.
                               Attorney for Maria Escamilla-Lopez

1

Dated:  June 3, 2020                                  /s/ David Spencer
                                                      DAVID SPENCER
                                                      Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATE:  June 4, 2020

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE