PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ENCARNACION MAYO RODRIGUEZ, <br> SYLVIA ZAMBRANO, <br> MARIA LUISA ESCAMILLA-LOPEZ, <br> JUAN CHAVARRIA, <br> JUAN RAMON LOPEZ, <br> NEREYDA ALVAREZ, <br> CHARLES JAMES BILLINGSLEY, JR., <br><br> Defendants. | CASE NO. 2:19-CR-0231-WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: August 29, 2022 <br> TIME: 9:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on August 29, 2022.

2. By this stipulation, defendants now move to continue the status conference until December 5, 2022 at 9:00 a.m., and to exclude time between August 29, 2022, and December 5, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 4400 pages of documents, including investigative reports, photographs, cell phone records, and other materials, as well as numerous audio and video recordings. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can fairly be characterized as state-wide in scope.

      c)     During most of the period that this case has been pending national events related to the spread of COVID-19 occurred. Federal and state authorities issued directives designed to address the pandemic. These directives hampered the ability of the defense to conduct investigation as to potential defenses in this matter. Additional time is therefore required for defense investigation into matters charged in the Indictment.

      d)     On or about August 16, 2021, defendant Juan Chavarria retained new counsel, Clemente Jimenez, to represent him in this matter due to a potential conflict identified by defendant Chavarria's existing counsel, Armando Villapudua.  Mr. Jimenez filed a substitution of counsel on August 17, 2021 (ECF No. 179).

      e)     On June 13, 2022, attorney Betty Williams substituted into the case as newly appointed counsel of record for defendant Nereyda Alvarez, because defendant Alvarez's prior counsel, David Garland, accepted a position in private practice that prevents him from continuing his CJA commitments.  ECF No. 219.

      f)     On June 21, 2022, defendant Juan Chavarria was arrested in San Joaquin County for state firearms violations.  He was later released pending trial.  On July 22, 2022, Chavarria was arrested for attempted murder, in San Joaquin County, where he is being held without bail. *See* ECF No. 228 (Pretrial Services Violation Petition).

      g)     Counsel for defendants desire additional time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with their clients, and to otherwise prepare for trial.

      h)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

i) The government does not object to the continuance.

j) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

k) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2022 to December 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In addition, the time period of June 21, 2022, through the present, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code C], and 18 U.S.C. § 3161(h)(6) [Local Code R], because the period of delay results from defendant Chavarria facing other charges in San Joaquin County.  *See United States v. Lopez-Espindola*, 632 F.2d 107 (9th Cir. 1980).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 23, 2022                                       PHILLIP A. TALBERT
                                                                                    United States Attorney


                                                                                    /s/ DAVID W. SPENCER
                                                                                    DAVID W. SPENCER
                                                                                    Assistant United States Attorney


Dated:  August 23, 2022                                        /s/ Todd D. Leras
                                                                                    TODD D. LERAS
                                                                                    Law Office of Todd D. Leras
                                                                                    *Attorney for defendant Jose Encarnacion
                                                                                        Mayo Rodriguez*

Dated:  August 23, 2022            */s/ Christopher R. Cosca*____
                                                       CHRISTOPHER R. COSCA
                                                       Christopher R. Cosca, Attorney-at-Law
                                                       *Attorney for defendant Sylvia Zambrano*

Dated:  August 23, 2022            */s/ Dina Lee Santos*_____
                                                       DINA LEE SANTOS
                                                       Law Offices of Dina L. Santos
                                                       *Attorney for defendant Maria Luisa Escamilla-Lopez*

Dated:  August 23, 2022            */s/ Clemente Jimenez* ____
                                                       CLEMENTE JIMENEZ
                                                       Law Office of Clemente M. Jimenez
                                                       *Attorney for defendant Juan Chavarria*

Dated:  August 23, 2022            */s/ Phillip Cozens*_____
                                                       PHILLIP COZENS
                                                       Phillip Cozens, Attorney-at-Law
                                                       *Attorney for defendant Juan Ramon Lopez*

Dated:  August 23, 2022            */s/ Betty J. Williams*_____
                                                       BETTY J. WILLIAMS
                                                       Law Office of David Garland
                                                       *Attorney for defendant Nereyda Alvarez*

Dated:  August 23, 2022            */s/ Johnny L. Griffin, III*_____
                                                       JOHNNY L. GRIFFIN, III
                                                       Law Offices of Johnny L. Griffin, III
                                                       *Attorney for defendant Charles J. Billingsley, Jr.*

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 25, 2022            _____
                                                     WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE