1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   DAVID W. SPENCER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:19-CR-00231-WBS |
12 |                         Plaintiff,   | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
13 |              v.                      |   |
14 | YESENIA LOPEZ,                       |   |
15 |                         Defendant.   |   |

16

17      Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the sentencing letter pertaining to defendant Yesenia

19 Lopez, and the government's Request to Seal shall be SEALED until further order of this Court.

20      It is further ordered that access to the sealed documents shall be limited to the government and

21 counsel for the defendant.

22      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

24 the government's request, sealing the sentencing letter serves a compelling interest.  The Court further

25 finds that, in the absence of closure, the compelling interests identified by the government would be

26 harmed. In light of the public filing of its request to seal, the Court further finds that there are no

27 / / /

28 / / /

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1

additional alternatives to sealing the sentencing letter that would adequately protect the compelling interests identified by the government.

Dated: January 18, 2023

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE