PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ENCARNACION MAYO RODRIGUEZ,<br>SYLVIA ZAMBRANO,<br>MARIA LUISA ESCAMILLA-LOPEZ,<br>JUAN CHAVARRIA,<br>JUAN RAMON LOPEZ,<br>CHARLES JAMES BILLINGSLEY, JR.,<br><br>Defendants. | CASE NO. 2:19-CR-0231-WBS<br><br>ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: March 20, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

1.  On March 20, 2023, the parties appeared before the Court for a status conference. Defendant Jose Encarnacion Mayo Rodriguez appeared with his attorney Todd Leras, defendant Sylvia Zambrano appeared with defense counsel Todd Leras standing in for her attorney Chris Cosca, defendant Maria Luisa Escamilla-Lopez appeared with her attorney Dina Santos, defendant Juan Ramon Lopez appeared with his attorney Phillip Cozens, and defendant Charles James Billingsley, Jr., appeared with his attorney Johnny Griffin, III. Attorney Clemente Jimenez appeared for his client, Juan Chavarria, who was not present because he is in custody in San Joaquin County on another pending criminal case. Specifically, Chavarria was arrested on July 22, 2022, for attempted murder, in San

Joaquin County, where he is being held without bail. *See* ECF No. 228 (Pretrial Services Violation Petition).

2. At the hearing, defendant Billingsley requested that the Court set a trial date in August or September 2023. Counsel for defendants Mayo Rodriguez, Zambrano, and Escamilla-Lopez objected to setting a trial date at that time and requested to continue this matter for a further status conference on June 26, 2023, to allow additional time for defense investigation and attorney preparation. The government also objected to setting a trial date while defendant Chavarria remains in state custody as an unsevered co-defendant in this case.

3. Based on the representations of counsel as stated on the record during the hearing, the Court set a further status conference for June 26, 2023, granted an exclusion of time under Local Codes C and T4, and directed the government to prepare a proposed order.

4. Accordingly, the government submits the following proposed order.

Dated: March 20, 2023                                PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ DAVID W. SPENCER
                                                     DAVID W. SPENCER
                                                     Assistant United States Attorney


**FINDINGS AND ORDER**

Based on the representations of counsel during the status conference held on March 20, 2023, the Court finds and orders as follows:

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2023 to June 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at a defendant's request, in order to allow defense counsel reasonable time necessary for effective preparation, and to ensure continuity of defense counsel, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. In addition, the time period of March 20, 2023 to June 26,

2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code C], because the period of delay results from defendant Chavarria facing other charges in San Joaquin County.

IT IS SO FOUND AND ORDERED.

Dated:  March 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE