LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE MAYO RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE ENCARNACION MAYO RODRIGUEZ, SYLVIA ZAMBRANO, MARIA LUISA ESCAMILLA LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, and CHARLES JAMES BILLINGSLEY, <br><br> Defendants. | Case No.: 2:19-cr-231 WBS <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br><br> Date:   August 28, 2023 <br> Time:   9:00 a.m. <br> Court:  Hon. William B. Shubb |

    This case involves a conspiracy to distribute methamphetamine and heroin. . The government has provided to defense counsel voluminous discovery consisting of approximately 4,400 pages of material, including numerous video and audio recordings, photographs, and written investigative reports.

    Many of the events at issue in the case occurred in San Joaquin County, with additional

ORDER CONTINUING STATUS
CONFERENCE

matters occurring in Southern California and the San Francisco Bay Area.  Defense investigation into the charged events can be characterized as state-wide in scope.  Defense investigation of the relevant events is continuing.

The parties to this action, Plaintiff United States of America by and through Assistant United States David Spencer, and Attorney Todd Leras on behalf of Defendant Jose Mayo Rodriguez, Attorney Christopher Cosca on behalf of Defendant Sylvia Zambrano, Attorney Dina Santos on behalf of Defendant Maria Escamilla Lopez, Attorney Clemente Jimenez on behalf of Defendant Juan Chavarria, Attorney Philip Cozens on behalf of Defendant Juan Lopez, and Attorney Johnny L. Griffin, III, on behalf of Defendant Charles Billingsley, stipulate as follows:

1.  By this stipulation, Defendants now move to vacate the status conference presently set for August 28, 2023.  The parties request to continue the status conference to November 20, 2023, at 9:00 a.m., and to exclude time between August 28, 2023 and November 20, 2023, inclusive, under Local Code T-4.[1]  The United States does not oppose this request.

2. Based on the above-stated facts regarding the volume of discovery and the time required for defense investigation, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the

---

[1] Defendant Billingsley, by and through his counsel, previously indicated to the Court that he was considering filing a motion to sever wherein he would also request the setting of a trial date.  However, in light of additional and ongoing defense investigation concerning Count Thirteen (18 U.S.C. 924 (c)(1)(A)), defendant Billingsley currently does not intend to seek severance or the setting of a trial date.

ORDER CONTINUING STATUS
CONFERENCE

Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 28, 2023 to November 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney David Spencer and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it via email on their behalf.

DATED:  August 22, 2023

By  */s/ Todd D. Leras for*
DAVID SPENCER
Assistant United States Attorney

DATED: August 22, 2023

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOSE MAYO RODRIGUEZ

ORDER CONTINUING STATUS CONFERENCE

DATED: August 22, 2023

By    */s/ Todd D. Leras for*
CHRISTOPHER R. COSCA
Attorney for Defendant
SYLVIA ZAMBRANO

DATED: August 22, 2023

By    */s/ Todd D. Leras for*
DINA L. SANTOS
Attorney for Defendant
MARIA ESCAMILLA LOPEZ

DATED: August 22, 2023

By    */s/ Todd D. Leras for*
CLEMENTE JIMENEZ
Attorney for Defendant
JUAN CHAVARRIA

DATED: August 22, 2023

By    */s/ Todd D. Leras for*
PHILIP COZENS
Attorney for Defendant
JUAN RAMON LOPEZ

DATED: August 22, 2023

By    */s/ Todd D. Leras for*
JOHNNY L. GRIFFIN, III
Attorney for Defendant
CHARLES BILLINGSLEY, JR.

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for August 28, 2023, is vacated.  A new status conference is scheduled for November 20, 2023, at 9:00 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 28, 2023, up to and including November 20, 2023.

IT IS SO ORDERED.

Dated:  August 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE