PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0231-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE ENCARNACION MAYO RODRIGUEZ, MARIA LUISA ESCAMILLA-LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, CHARLES JAMES BILLINGSLEY, JR., | DATE: November 20, 2023 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on November 20, 2023.

2.      By this stipulation, defendants now move to continue the status conference until

**February 5, 2024, at 9:00 a.m.**, and to exclude time between November 20, 2023, and February 5,

2024, under Local Codes T4, C, and R.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case

includes over 4400 pages of documents, including investigative reports, photographs, cell phone

records, and other materials, as well as numerous audio and video recordings.  All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can fairly be characterized as state-wide in scope.

c)      During most of the period that this case has been pending national events related to the spread of COVID-19 occurred. Federal and state authorities issued directives designed to address the pandemic. These directives hampered the ability of the defense to conduct investigation as to potential defenses in this matter. Additional time is therefore required for defense investigation into matters charged in the Indictment.

d)      On June 21, 2022, defendant Juan Chavarria was arrested in San Joaquin County for state firearms violations.  He was later released pending trial.  On July 22, 2022, Chavarria was arrested for attempted murder, in San Joaquin County, where he is being held without bail. *See* ECF No. 228 (Pretrial Services Violation Petition).

e)      Counsel for defendants desire additional time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with their clients, and to otherwise prepare for trial.

f)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)      The government does not object to the continuance.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2023 to February 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.  In addition, the time period of June 21,

2022, through the present, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local

Code C], and 18 U.S.C. § 3161(h)(6) [Local Code R], because the period of delay results from

defendant Chavarria facing other charges in San Joaquin County.  *See United States v. Lopez-*

*Espindola*, 632 F.2d 107 (9th Cir. 1980).

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated:  November 15, 2023                          PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ DAVID W. SPENCER
                                                   DAVID W. SPENCER
                                                   Assistant United States Attorney


Dated:  November 15, 2023                          /s/ Todd D. Leras
                                                   TODD D. LERAS
                                                   Law Office of Todd D. Leras
                                                   *Attorney for defendant Jose Encarnacion*
                                                       *Mayo Rodriguez*


Dated:  November 15, 2023                          /s/ Dina Lee Santos
                                                   DINA LEE SANTOS
                                                   Law Offices of Dina L. Santos
                                                   *Attorney for defendant Maria Luisa Escamilla-*
                                                       *Lopez*


Dated:  November 15, 2023                          /s/ Clemente Jimenez
                                                   CLEMENTE JIMENEZ
                                                   Law Office of Clemente M. Jimenez
                                                   *Attorney for defendant Juan Chavarria*

Dated:  November 15, 2023

_/s/ Phillip Cozens_____
PHILLIP COZENS
Phillip Cozens, Attorney-at-Law
*Attorney for defendant Juan Ramon Lopez*

Dated:  November 15, 2023

_/s/ Johnny L. Griffin, III____
JOHNNY L. GRIFFIN, III
Law Offices of Johnny L. Griffin, III
*Attorney for defendant Charles J. Billingsley, Jr.*

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  November 15, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE