PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0231-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE ENCARNACION MAYO RODRIGUEZ, MARIA LUISA ESCAMILLA-LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, CHARLES JAMES BILLINGSLEY, JR., | DATE: February 5, 2024
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 5, 2024.

2. By this stipulation, defendants now move to continue the status conference until April 8, 2024, at 9:00 a.m., and to exclude time between February 5, 2024, and April 8, 2024, under Local Codes T4, C, and R.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 4400 pages of documents, including investigative reports, photographs, cell phone records, and other materials, as well as numerous audio and video recordings. All of this

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can fairly be characterized as state-wide in scope.

  c) During most of the period that this case has been pending national events related to the spread of COVID-19 occurred. Federal and state authorities issued directives designed to address the pandemic. These directives hampered the ability of the defense to conduct investigation as to potential defenses in this matter. Additional time is therefore required for defense investigation into matters charged in the Indictment.

  d) On June 21, 2022, defendant Juan Chavarria was arrested in San Joaquin County for state firearms violations.  He was later released pending trial.  On July 22, 2022, Chavarria was arrested for attempted murder, in San Joaquin County, where he is being held without bail. *See* ECF No. 228 (Pretrial Services Violation Petition).

  e) Counsel for defendants desire additional time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with their clients, and to otherwise prepare for trial.

  f) In addition, counsel for defendant Billingsley, Johnny Griffin, III, is currently engaged in a jury trial that began on January 8, 2024.

  g) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  h) The government does not object to the continuance.

  i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2024 to April 8, 2024,

inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In addition, the time period of June 21, 2022, through the present, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code C], and 18 U.S.C. § 3161(h)(6) [Local Code R], because the period of delay results from defendant Chavarria facing other charges in San Joaquin County.  *See United States v. Lopez-Espindola*, 632 F.2d 107 (9th Cir. 1980).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2024                                        PHILLIP A. TALBERT
                                                                                    United States Attorney


                                                                                     /s/ DAVID W. SPENCER
                                                                                    DAVID W. SPENCER
                                                                                    Assistant United States Attorney


Dated:  January 31, 2024                                         /s/ Todd D. Leras
                                                                                    TODD D. LERAS
                                                                                    Law Office of Todd D. Leras
                                                                                    *Attorney for defendant Jose Encarnacion*
                                                                                        *Mayo Rodriguez*


Dated:  January 31, 2024                                         /s/ Dina Lee Santos
                                                                                    DINA LEE SANTOS
                                                                                    Law Offices of Dina L. Santos
                                                                                    *Attorney for defendant Maria Luisa Escamilla-*
                                                                                        *Lopez*


Dated:  January 31, 2024                                         /s/ Clemente Jimenez
                                                                                    CLEMENTE JIMENEZ
                                                                                    Law Office of Clemente M. Jimenez
                                                                                    *Attorney for defendant Juan Chavarria*

Dated: January 31, 2024        _/s/ Phillip Cozens_____
                                          PHILLIP COZENS
                                          Phillip Cozens, Attorney-at-Law
                                          *Attorney for defendant Juan Ramon Lopez*

Dated: January 31, 2024        _/s/ Johnny L. Griffin, III____
                                          JOHNNY L. GRIFFIN, III
                                          Law Offices of Johnny L. Griffin, III
                                          *Attorney for defendant Charles J. Billingsley, Jr.*

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 31, 2024        _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE