ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0231-WBS |
| Plaintiff, | ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | DATE: January 12, 2026 |
| MARIA LUISA ESCAMILLA-LOPEZ, JUAN CHAVARRIA, | TIME: 10:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

1.      On January 12, 2026, the parties appeared before the Court for a status conference. After hearing from all the parties, the Court ordered that defendant Chavarria shall remain hospitalized for treatment in the Bureau of Prisons until March 4, 2026, to determine whether his mental condition is so improved that trial may proceed. Based on the representations of counsel as stated on the record during the hearing, the Court also set a further status conference for March 30, 2026, excluded time between January 12, 2026, and March 30, 2026, under Local Codes A, N, M, and T4, and directed the government to prepare a proposed order.

2.      Accordingly, the government submits the following proposed order.

Dated: January 12, 2026                                    ERIC GRANT
                                                                        United States Attorney


                                                                         /s/ DAVID W. SPENCER

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

_____

DAVID W. SPENCER
Assistant United States Attorney

## FINDINGS AND ORDER

Based on the representations of counsel during the status conference held on January 12, 2026, the Court finds and orders as follows:

Defendant Chavarria shall remain hospitalized in the custody of the Attorney General for treatment in a suitable facility pursuant to 18 U.S.C.§ 4241(d)(2) until March 4, 2026.  The psychologist responsible for Chavarria's ongoing treatment and evaluation shall update the Court by March 4, 2026, regarding Chavarria's mental condition and treatment.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2026 to March 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In addition, time continues to be excluded under 18 U.S.C. § 3161(h)(3)(A)-(B) [Local Code M], until such time as Escamilla-Lopez again appears before the Court in this case, whether in custody pursuant to the active bench warrant or otherwise.  Time also continues to be excluded until such time as defendant Chavarria is mentally competent to stand trial, pursuant to 18 U.S.C. § 3161(h)(1)(A), (h)(4), (h)(7)(A) [Local Codes A and N].

Dated:  January 12, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE