ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA LUISA ESCAMILLA-LOPEZ,<br><br>Defendant. | CASE NO. 2:19-CR-0231-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 17, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for a status conference on August 17, 2026.

2. By this stipulation, the parties request to continue the August 17, 2026 status hearing until January 25, 2027, at 10:00 a.m. In addition, defendant moves to exclude time between August 17, 2026, and January 25, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) On May 27, 2025, defendant did not appear at the scheduled status conference and this Court issued a bench warrant. *See* ECF 394. Defendant has yet to be arrested on the warrant.

b) The government has represented that the discovery associated with this case includes over 4400 pages of documents, including investigative reports, photographs, cell phone records, and other materials, as well as numerous audio and video recordings. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

c) If and when defendant is apprehended, counsel for defendant will need time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with her client, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2026 to January 25, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. In addition, time continues to be excluded under 18 U.S.C. § 3161(h)(3)(A)-(B) [Local Code M], until such time as defendant again appears before the Court in this case, whether in custody pursuant to the active bench warrant or otherwise.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 12, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER

DAVID W. SPENCER
Assistant United States Attorney

Dated: August 12, 2026

_/s/ Dina Lee Santos_
DINA LEE SANTOS
Law Offices of Dina L. Santos
*Attorney for defendant Maria Luisa Escamilla-Lopez*

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE